IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:26-cv-1041 (RDA/IDD) |
| NWI HEATING AND AIR SOLUTIONS, LLC, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on U.S. Magistrate Judge Ivan D. Davis' Report and Recommendation ("Report") (Dkt. 14) as well as Plaintiff Board of Trustees, Sheet Metal Workers' National Pension Fund's ("Plaintiff") Motion for Default Judgment ("Motion") (Dkt. 10). Judge Davis recommends that the Court grant Plaintiff's Motion and enter default against Defendants NWI Heating and Air Solutions, LLC and NWI Heating and Air, LLC (collectively "the Defendants") in the total sum of $44,264.77. Dkt. 14. The deadline for submitting objections to the Report was September 18, 2026. To date, no objections have been filed.

After reviewing the record and Judge Davis's Report, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Report (Dkt. 14). Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment (Dkt. 10) is GRANTED; and it is

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

FURTHER ORDERED that Plaintiff is AWARDED damages in the amount of $41,041.79 and AWARDED attorneys' fees and costs in the amount of $3,222.98, for a total of $44,264.77; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to forward copies of this Order to counsel of record and place this matter among the ended causes.

IT IS SO ORDERED.

Alexandria, Virginia
September 23, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge